

E-FILED
Wednesday, 17 August, 2005  09:45:35 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| All Cascino Vaughan Law Office ) | Case No. See Exhibit A |
| Cases on Attached Exhibit A ) | |
| ) | |
| VS. ) | |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ET AL. ) | |
| ) | |
| Defendants. ) | |

### STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices,

LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys,

Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-

styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only,

each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

| CASCINO VAUGHAN | WILDMAN HARROLD ALLEN |
| LAW OFFICES, LTD. | & DIXON, LLP. |
| By: *Michael P Cascino* | By: *Jennifer Johnson* |
| Michael Cascino | Jennifer Johnson |
| 220 S. Ashland Avenue | 225 W. Wacker Dr. |
| Chicago, IL 60607 | Chicago, IL 60606-1229 |
| (312) 944-0600 | (312) 201-2000 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY |

*So Ordered*
*Charles R. Weiner*
*7/28/2005*

**EXHIBIT A**

Page 1

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|---|---|---|---|---|---|---|---|
| Alsene | Delmar | ███-1613 | 00-1011 | IL | F | CENTRAL | PEORIA |
| Anders | Willard | ███-7700 | 92-1510 | IL | F | CENTRAL | PEORIA |
| Anderson | David R. | ███-5684 | 94-1082 | IL | F | CENTRAL | PEORIA |
| Bault | Charles B. | ███-0787 | 93-1419 | IL | F | CENTRAL | PEORIA |
| Bennett | Robert | ███-4760 | 93-3101 | IL | F | CENTRAL | PEORIA |
| Bessler | Frederick | ███-4686 | 93-1162 | IL | F | CENTRAL | PEORIA |
| Bracewell | John | ███-5015 | 92-2317 | IL | F | CENTRAL | PEORIA |
| Briner | Ralph | ███-5306 | 94-1415 | IL | F | CENTRAL | PEORIA |
| Brooks | Ray | ███-6061 | 00-1214 | IL | F | CENTRAL | PEORIA |
| Burdette | Lloyd | ███-8114 | 94-1092 | IL | F | CENTRAL | PEORIA |
| Burkey | Donald | ███-0366 | 93-1163 | IL | F | CENTRAL | PEORIA |
| Carrigan | Kenneth | ███-3777 | 94-1170 | IL | F | CENTRAL | PEORIA |
| Clifford | Kenneth | ███-0025 | 93-1433 | IL | F | CENTRAL | PEORIA |
| Cochran | Charles | ███-6244 | 00-1008 | IL | F | CENTRAL | PEORIA |
| Collinson | Gordon J. | ███-4794 | 92-1493 | IL | F | CENTRAL | PEORIA |
| Davis | Edgar L. | ███-5389 | 00-1407 | IL | F | CENTRAL | PEORIA |
| DeGroot | Harland H. | ███-6931 | 94-1447 | IL | F | CENTRAL | PEORIA |
| Dean | Elmer E. | ███-7824 | 94-1460 | IL | F | CENTRAL | PEORIA |
| Dingledine | Gary L. | ███-8236 | 94-1135 | IL | F | CENTRAL | PEORIA |
| Fisher | Pascal J. | ███-8650 | 99-1292 | IL | F | CENTRAL | PEORIA |
| Ford | Everett | ███-0131 | 93-1396 | IL | F | CENTRAL | PEORIA |
| Foust | Erston | ███-8916 | 99-1295 | IL | F | CENTRAL | PEORIA |
| Frederick | Edwin L. | ███-1343 | 95-1100 | IL | F | CENTRAL | PEORIA |
| Goeken | Marion J. | ███-6333 | 99-1263 | IL | F | CENTRAL | PEORIA |
| Greene | Robert L. | ███-6728 | 92-2316 | IL | F | CENTRAL | PEORIA |
| Grier | Thomas | ███-9107 | 94-1418 | IL | F | CENTRAL | PEORIA |
| Hall | Wilbur L. | ███-7338 | 93-1168 | IL | F | CENTRAL | PEORIA |
| Hamann | Kenneth | ███-1757 | 1:00cv01004 | IL | F | CENTRAL | PEORIA |
| Hamilton | Samuel H. | ███-8664 | 96-1140 | IL | F | CENTRAL | PEORIA |
| Hegna | Alvin J. | ███-2883 | 94-1484 | IL | F | CENTRAL | PEORIA |
| Henson | Frank | ███-1949 | 00-1235 | IL | F | CENTRAL | PEORIA |
| Hess | Roy | ███-3583 | 00-1003 | IL | F | CENTRAL | PEORIA |
| Hoelzel | George L. | ███-0968 | 00 1457 | IL | F | CENTRAL | PEORIA |
| Jackson | William | ███-7307 | 00-1013 | IL | F | CENTRAL | PEORIA |
| Kalis | Robert A. | ███-6780 | 99-1294 | IL | F | CENTRAL | PEORIA |
| Kennedy | Everett | ███-7997 | 94-1455 | IL | F | CENTRAL | PEORIA |
| Krueger | Godfrey B., Jr. | ███-9371 | 98-1184 | IL | F | CENTRAL | PEORIA |
| Kuck | Joseph | ███-0063 | 00-1006 | IL | F | CENTRAL | PEORIA |
| Landers | Ronald | ███-6538 | 00-1009 | IL | F | CENTRAL | PEORIA |
| Latino | Frank | ███-0748 | 94-1469 | IL | F | CENTRAL | PEORIA |
| Lawless | Anthony R. | ███-7120 | 98-1183 | IL | F | CENTRAL | PEORIA |
| Liesse | Francis A. | ███-7957 | 99-1293 | IL | F | CENTRAL | PEORIA |
| Martin | James B. | ███-4479 | 92-2308 | IL | F | CENTRAL | PEORIA |
| Meadows | Thomas M. | ███-8680 | 94-1338 | IL | F | CENTRAL | PEORIA |
| Munton | Loyd | ███-9528 | 94-1171 | IL | F | CENTRAL | PEORIA |
| Piro | Ronald | ███-7146 | 93-1255 | IL | F | CENTRAL | PEORIA |
| Poulsen | Lloyd K. | ███-0952 | 99-1291 | IL | F | CENTRAL | PEORIA |
| Quiggins | Floyd | ███-4400 | 1:2000CV01277 | IL | F | CENTRAL | PEORIA |
| Roberts | Oliver | ███-1861 | 00-1001 | IL | F | CENTRAL | PEORIA |
| Robinson | Raymond | ███-4982 | 94-1475 | IL | F | CENTRAL | PEORIA |
| Rogers | John R. | ███-1332 | 99-1204 | IL | F | CENTRAL | PEORIA |
| Salisbury | William | ███-9738 | 94-1094 | IL | F | CENTRAL | PEORIA |
| Sanders | Gerald | ███-7320 | 00-1002 | IL | F | CENTRAL | PEORIA |
| Sangalli | Jack S. | ███-2002 | 99-1288 | IL | F | CENTRAL | PEORIA |
| Schneider | Raymond F. | ███-1051 | 94-1166 | IL | F | CENTRAL | PEORIA |
| Scohy | Harry | ███-9013 | 94-1457 | IL | F | CENTRAL | PEORIA |
| Seaborn | Kenneth E. | ███-2298 | 94-1414 | IL | F | CENTRAL | PEORIA |
| Seifert | William J. | ███-5573 | 99-1289 | IL | F | CENTRAL | PEORIA |
| Shannon | Harold | ███-4365 | 93-1173 | IL | F | CENTRAL | |
| Short | Johnnie | ███-7214 | 98-1344 | IL | F | CENTRAL | |

EXHIBIT A

## EXHIBIT A

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|---|---|---|---|---|---|---|---|
| Smith | Russell E. | ▇▇▇-7814 | 99-1259 | IL | F | CENTRAL | PEORIA |
| Stank | Charles J. | ▇▇▇-9836 | 93-1414 | IL | F | CENTRAL | PEORIA |
| Swearingen | Gary | ▇▇▇-3428 | 93-1272 | IL | F | CENTRAL | PEORIA |
| Taylor | Orval H. | ▇▇▇-3628 | 93-1431 | IL | F | CENTRAL | PEORIA |
| Thompson | Thomas | ▇▇▇-7915 | 94-1456 | IL | F | CENTRAL | PEORIA |
| Throan | Ole | ▇▇▇-4701 | 95-1109 | IL | F | CENTRAL | PEORIA |
| Tzinares | George | ▇▇▇-6813 | 00-1030 | IL | F | CENTRAL | PEORIA |
| Vermillion | Robert | ▇▇▇-1956 | 00-1213 | IL | F | CENTRAL | PEORIA |
| West | Merle | ▇▇▇-5581 | 00-1005 | IL | F | CENTRAL | PEORIA |
| Wiker | Phillip E. | ▇▇▇-7134 | 01-1170 | IL | F | CENTRAL | PEORIA |
| Wood | Victor | ▇▇▇-1472 | 92-1497 | IL | F | CENTRAL | PEORIA |
| Wroblewski | Robert E. | ▇▇▇-1897 | 94-1472 | IL | F | CENTRAL | PEORIA |