IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENTS RELATES TO:   CIVIL ACTION MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**
NOV 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Godfrey Krueger

    Plaintiff,

v.   Case No. 98-1184

A.C. & S Inc., et al.

    Defendants.

**MOTION FOR APPOINTMENT OF A PERSONAL REPRESENTATIVE FOR SOLE PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH**

NOW COMES plaintiff by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and hereby moves this court to appoint Margaret L. Krueger as special administrator for the estate of Godfrey Krueger and for leave to amend the complaint on its face to reflect such appointment, and in support of said motion plaintiff states the following:

1. Godfrey Krueger died on 12/02/2004, domiciled in Bureau County, IL.

2. The sole purpose of this estate is to recover damages for the wrongful death of the Decedent.

3. Margaret L. Krueger is interested in Decedent's Estate by reason of being the surviving spouse of the deceased.

Very truly yours,

Allen D. Vaughan

Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Il 60607
312-944-0600
312-944-1870 (fax)
avaughan@cvlo.com

# MEDICAL EXAMINER'S – CORONER'S CERTIFICATE OF DEATH

STATE OF ILLINOIS

**PERMANENT CERTIFICATE:** ☒
**TEMPORARY CERTIFICATE:** ☐

**REGISTRATION DISTRICT NO.:** 6.0
**REGISTERED NUMBER:** 2004-393

**DECEASED NAME:** GODFREY B. KRUEGER
**SEX:** Male
**DATE OF DEATH:** December 2, 2004
**AGE LAST BIRTHDAY:** 64
**DATE OF BIRTH:** April 11, 1940

**COUNTY OF DEATH:** BUREAU
**HOSPITAL:** PERRY MEMORIAL HOSPITAL — ER/ER RM
**CITY/TOWN:** PRINCETON
**WAS DECEASED EVER IN U.S. ARMED FORCES:** No

**BIRTHPLACE:** SPRING VALLEY, IL
**MARRIED**
**SURVIVING SPOUSE:** MARGARET LEGAT
**EDUCATION:** 12 / 10

**SOCIAL SECURITY NUMBER:** 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
**USUAL OCCUPATION:** PIPEFITTER
**KIND OF BUSINESS:** CONSTRUCTION

**RESIDENCE:** 307 OAK ST, SPRING VALLEY, Illinois 61362
**INSIDE CITY:** Yes
**COUNTY:** BUREAU
**RACE:** White
**HISPANIC ORIGIN:** No

**FATHER NAME:** GODFREY KRUEGER
**MOTHER NAME:** ANN PEDERZANI

**INFORMANT:** MARGARET KRUEGER — WIFE — 307 OAK ST, SPRING VALLEY, IL 61362

## CAUSE

**PART I:**
(a) acute myocardial infarction

**AUTOPSY:** No

**20a. NATURAL, ACCIDENT, HOMICIDE, SUICIDE, UNDETERMINED:** natural
**20b. INJURY AT WORK:** no

**21a.** I CERTIFY THAT IN MY OPINION... DEATH OCCURRED ON December 2, 2004 AT 10:18 A.M.
**CORONER'S SIGNATURE:** [signed]
**DATE SIGNED:** Dec 2, 2004

## DISPOSITION

**24a. BURIAL/CREMATION:** Burial
**24b. CEMETERY:** VALLEY MEMORIAL PARK
**24c.** SPRING VALLEY, IL
**DATE:** Dec 6, 2004

**25a. FUNERAL HOME:** BARTO FUNERAL HOME LTD, 120 W. CLEVELAND ST., SPRING VALLEY, IL 61362
**FUNERAL DIRECTOR'S SIGNATURE:** James M. Barto
**LICENSE NUMBER:** 010974

**26a. LOCAL REGISTRAR'S SIGNATURE:** Kamala S. Hieronymus
**DATE FILED:** December 6, 2004

# BUREAU COUNTY, ILLINOIS

CERTIFIED COPY OR ABSTRACT OF VITAL RECORDS
STATE OF ILLINOIS } SS  DEC 6 2004
COUNTY OF BUREAU

I, Kamala Hieronymus, Bureau County Clerk, do hereby certify that this document is a true and correct copy or abstract of the original record which is on file in the office of the County Clerk, Bureau County, Princeton, Illinois.





Kamala S. Hieronymus
KAMALA HIERONYMUS

## SERVICE LIST
Godfrey Krueger v. A.C. and S. Inc., et al.

**A.W. Chesterton Company**
William Francis Mahoney
Segal, McCambridge, Singer
& Mahoney, Ltd.
One IBM Plaza
330 N. Wabash Street, Suite 200
Chicago, IL 60611
(312) 645-7800
(312) 645-7711 (fax)

**Garlock Inc.**
William Francis Mahoney
Segal, McCambridge, Singer and Mahoney, Ltd.
330 North Wabash Ave.
Suite 200
Chicago, IL 60611
(312) 645-7800
(312) 645-7711 (fax)

**Georgia Pacific**
Francis P. Morrissey,
Schiff, Harden LLP
6600 Sears Tower
233 S. Wacker Dr.
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5700 (fax)

**General Electric**
Maja C. Eaton
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)

**Metropolitan Life Insurance Company**
Jennifer Johnston
Wildman, Harrold, Allen & Dixon LLP.
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229
(312) 201-2000
(312) 201-2555 (fax)

**Owens-Illinois**
Michael Drumke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)

**Rapid American Corp**
Dennis J Graber
Hinshaw & Culbertson
Suite 300
521 W Main St
Belleville, IL 62222
(618) 277-2400
(618) 277-1144

**Westinghouse Electric Corporation**
Craig T. Lilhestrand
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (fax)

**Union Carbide**
Christopher P. Larsen
Heyl, Royster, Voelker & Allen
124 S.W. Adams St., Suite 600
Peoria, IL 61602
(309)676-0400
(309)676-3374 (fax)

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENTS RELATES TO:                    CIVIL ACTION MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Godfrey Krueger

        Plaintiff,

  v.                                              Case No. 98-1184

A.C. & S Inc., et al.

        Defendants.

### NOTICE OF FILING OF MOTION FOR APPOINTMENT OF A SPECIAL ADMINISTRATOR FOR SOLE PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH

TAKE NOTICE that on November 14, 2006 the Plaintiff by and through his attorneys, Cascino Vaughan Law Offices, Ltd., filed a Motion for Appointment of a Special Administrator for Sole Purpose of Collecting Damages for Wrongful Death.

                                        CASCINO VAUGHAN LAW OFFICES, LTD.

                                        By: _____
                                                  Michael P. Cascino

Micheal P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
312-944-0600
312-944-1870 (fax)
mcascino@cvlo.com

## Certificate of Service

I, undersigned, a non-attorney, on oath state: True and correct copies of the notice, motion, and order of appointment of special admimnistrator were served upon the counsel of record at their address, according to the attached service list, by depositing them, properly addressed, with first-class postage prepaid, in the U.S. mail at 220 South Ashland Ave., Chicago, IL 60607, on September 13 by 5:00 P.M.

_____
Hugo Vasquez, assistant to
Michael P. Cascino